UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BKNS MANAGEMENT LLC,                                               :
                                                                   :
                              Plaintiff,                           :
                                                                   :        24 Civ. 3631 (JPC)
              -v-                                                  :
                                                                   :        ORDER
FRYSTA MANAGEMENT LLC,                                             :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court will hear oral argument on Plaintiff's motion for summary judgment at 10:30

a.m. on May 7, 2025, in Courtroom 12D at 500 Pearl Street, New York, NY 10007.

       SO ORDERED.

Dated:  April 11, 2025                          _____
        New York, New York                             JOHN P. CRONAN
                                                     United States District Judge