

## CHASE LAW
### & ASSOCIATES, P.A.

May 7, 2025

Honorable John P. Cronan
United States District Judge
United States District Court – SDNY
500 Pearl Street, Suite 1610
New York, NY 10007

Kenneth E. Chase
Chase Law & Associates, P.A
951 Yamato Road, Suite 280
Boca Raton, FL 33431
t 305.402.9800
kchase@chaselaw.com

      *Re:    BKNS Management LLC v. Frysta Management LLC*
               *Case no. 1:24-cv-03631 Defendant's 2d Supplemental*
               *Letter Pursuant to March 26, 2025 Order (ECF No. 10)*

Dear Judge Cronan:

Defendant Frysta Management LLC respectfully withdraws its response and opposition to the issue raised as Question #3 in the Court's March 26, 2025 Order (ECF No. 10).

Defendant does not contest this issue, and Defendant hereby withdraws its response at ECF No. 12 at 4 in its entirety. Defendant's counsel sincerely apologizes for the citation issue discussed in court. Defendant does not contest the "for value received" issue.

               Very truly yours,

               Kenneth E. Chase

Defendant shall file a letter to the Court by May 14, 2025, addressing its citation to *Weiss v. Sallie Mae, Inc.*, 939 F.3d 105, 114 (2d Cir. 2019), in its supplemental brief, Dkt. 12 at 4, and the accompanying quotation that Defendant represented originated from that case. Defendant's letter must identify (1) how this citation came to be included in Defendant's supplemental brief, (2) the process Defendant's counsel took to ensure the accuracy of the citations it provided to the Court, and (3) whether any artificial intelligence program was involved in Defendant's preparation of its supplemental brief.  Defendant's letter shall attach affidavits sworn out by Defendant's counsel, Kenneth E. Chase, and any associate or other attorney involved in the preparation of Defendant's supplemental brief, attesting to their knowledge of its preparation.

SO ORDERED.
Date: May 8, 2025
New York, New York

JOHN P. CRONAN
United States District Judge