UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                                  :
BKNS MANAGEMENT LLC,                                              :
                                                                  :
                              Plaintiff,                           :
                                                                  :
                   -v-                                             :           24 Civ. 3631 (JPC)
                                                                  :
FRYSTA MANAGEMENT LLC,                                            :              ORDER
                                                                  :
                              Defendant.                           :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at the June 10, 2025 conference, the parties may conduct discovery in this matter focused on whether the promissory note at issue was structured in such a manner that its late fee provision was a cover for usury.  Discovery will close on September 10, 2025.  The parties shall file a joint status letter by September 17, 2025, addressing whether the parties anticipate filing any post-discovery motions, whether the parties request a referral to the assigned magistrate judge or Court-annexed mediation program, and whether the parties request a conference to schedule a trial in this matter.

      SO ORDERED.

Dated: June 11, 2025
    New York, New York                              _____
                                    JOHN P. CRONAN
                           United States District Judge