# STAHL & ZELMANOVITZ

September 17, 2025

**By ECF**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
Suite 1610
New York, New York 1007

> Re:   **BKNS Management LLC v. Frysta Management LLC**
> **Case No. 1:24-cv-03631 (JPC)**

Dear Judge Cronan:

Counsel for the parties respectfully submit this joint status letter pursuant to the Court's Order dated June 11, 2025.

The parties respectfully request an extension of the discovery deadline set forth in the Court's Order to November 15, 2025, so as to complete depositions of the parties and one non-party. The non-party, Matthew Shatzkes, is available to be deposed only on the morning of October 1, 2025 (notwithstanding that it is Yom Kippur eve and all parties are observant Jews). Plaintiff had noticed the depositions of two representatives of defendant, but they were unavailable on those dates. Because of the upcoming Jewish holidays, which is a busy time for defendant's business, the parties request an extension of the discovery deadline so that they can be deposed right after the end of the holidays followed by the deposition of plaintiff's representative. This is the first request for an extension of the discovery deadline.

None of the parties anticipates filing any post-discovery motion (other than possibly trial motions). The parties do not request a referral to the assigned Magistrate Judge or Court-ordered mediation program. The parties respectfully request a conference before the Court for the purpose of scheduling a trial in this matter.

Respectfully submitted,

Joseph Zelmanovitz
Stahl & Zelmanovitz
*Attorneys for Plaintiff*

Kenneth E. Chase
Chase Law & Associates, P.A.
*Attorneys for Defendant*

747 THIRD AVENUE
NEW YORK, NY 10017
JZELMANOVITZ@SZLAWLLP.COM

FAX: (212) 826-6402
PHONE: (212) 826-6422