# STAHL & ZELMANOVITZ

November 12, 2025

**By ECF and E-Mail**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
Suite 1610
New York, New York 1007

Re:    **BKNS Management LLC v. Frysta Management LLC**
       Case No. 1:24-cv-03631 (JPC)

Dear Judge Cronan:

    We represent plaintiff BKNS Management LLC. The Court had ordered that the discovery period ends on November 15, 2025. We have attempted for the past months to schedule the depositions of defendant Frysta Management LLC's two representatives (both of whom signed the Promissory Note at issue), to no avail. We recently proposed to defendant's counsel that the depositions be taken this week, but we were informed by defendant's counsel yesterday that they were unavailable. I then suggested that each of the three depositions to be taken (defendants' two representatives and plaintiff's representative) be scheduled for each of the afternoons of November 18, 19, 20, so long as the Court grants a request for a one-week adjournment of the discovery period. Each of the depositions should take no longer than 3-4 hours. Defendants' counsel told me yesterday morning that he would get back to me later that day regarding our suggested dates. He did not do so. I left a message at his office this morning, but I still have not heard back from him.

    Therefore, on behalf of plaintiff we respectfully request that the Court order that the three depositions be taken on each of the afternoons of November 18, 19 and 20, 2025, with Brian Khunovich (plaintiff's representative) on November 18, Avi Lasko (defendant's representative) on November 19, and Noah Lasko on November 20.

Respectfully submitted,

Joseph Zelmanovitz

cc: Kenneth Chase, Esq.

Defendant shall respond to this letter no later than 5:00 p.m. today, November 17, 2025, addressing whether it consents to extending discovery and permitting the requested depositions. If so, Defendant shall propose dates for those depositions. If Defendant does not consent, Defendant shall show cause why declining to permit the depositions is consistent with the Federal Rules of Civil Procedure.

SO ORDERED.
November 17, 2025
New York, New York



JOHN P. CRONAN
United States District Judge

747 THIRD AVENUE
NEW YORK, NY 10017
JZELMANOVITZ@SZLAWLLP.COM

FAX: (212) 826-6402
PHONE: (212) 826-6422