# STAHL & ZELMANOVITZ

November 18, 2025

**By ECF and E-Mail**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
Suite 1610
New York, New York 1007

      Re:    **BKNS Management LLC v. Frysta Management LLC**
               **Case No. 1:24-cv-03631 (JPC)**

Dear Judge Cronan:

    We represent plaintiff BKNS Management LLC.  I am pleased to report to the Court that the parties have agreed to the depositions of their representatives on November 19 and 20, 2025.

Respectfully submitted,

Joseph Zelmanovitz

cc: Kenneth Chase, Esq.

747 THIRD AVENUE
NEW YORK, NY 10017
JZELMANOVITZ@SZLAWLLP.COM

FAX: (212) 826-6402
PHONE: (212) 826-6422