

November 17, 2025

Honorable John P. Cronan
United States District Judge
United States District Court – SDNY
500 Pearl Street, Suite 1610
New York, NY 10007

Kenneth E. Chase
Chase Law & Associates, P.A
951 Yamato Road, Suite 280
Boca Raton, FL 33431
t 305.402.9800
kchase@chaselaw.com

   Re: BKNS Management LLC v. Frysta Management LLC
     Case No. 1:24-cv-03631

Dear Judge Cronan:

  Defendant consents to an extension of the discovery period and the undersigned informed Plaintiff's counsel of Defendant's consent on a call dated November 11, 2025. The undersigned also responded to Plaintiff's counsel regarding the deposition schedule several times over the past week. Most recently, on November 14 and 16, 2025, the undersigned confirmed availability for the two requested individual witnesses pertaining to Defendant to occur on either November 17 or 18, 2025.

  Upon a follow up email earlier this afternoon, Plaintiff's counsel made reference to a health matter pertaining to Plaintiff and indicated that Plaintiff is available for a deposition on November 19, 2025 and proposed November 20, 2025 for the two witnesses which Plaintiff requested. The undersigned confirmed this proposed schedule in a reply email to Plaintiff's counsel.

  Accordingly, Defendant consents to an extension of the discovery period and proposes that a deposition of Plaintiff occur on November 19, 2025 and that the depositions of the two witnesses requested by Plaintiff occur on November 20, 2025.

The discovery period is extended until November 22, 2025. The Clerk of Court is respectfully directed to close Docket Number 23.

SO ORDERED.
November 18, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

Very truly yours,

Kenneth E. Chase

FLORIDA ● CALIFORNIA ● NEW YORK ● WASHINGTON, DC ● MARYLAND ● MASSACHUSETTS ● TEXAS