UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
BKNS MANAGEMENT LLC,                                                    :
                                                                        :
                              Plaintiff,                          :
                                                                        :      24 Civ. 3631 (JPC)
              -v-                                                       :
                                                                        :      <u>PRETRIAL ORDER</u>
FRYSTA MANAGEMENT LLC,                                                  :
                                                                        :
                              Defendant.                          :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      As discussed at today's conference, trial is scheduled to begin on May 26, 2026. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

      The joint proposed pretrial order and all other required pretrial filings (*i.e.*, joint proposed findings of fact and conclusions of law, motions *in limine*, and pretrial memoranda of law) shall be filed in accordance with 7.B, 7.D, and 7.E of the Court's Individual Rules and Practices in Civil Cases by March 23, 2026. Any opposition to motions *in limine* and responsive pretrial memoranda of law shall be filed by March 30, 2026. The Parties shall submit thumb drives with electronic copies of all intended exhibits by May 21, 2026.

      The parties shall appear for a final pretrial conference on May 20, 2026, at 10:00 a.m. by calling (855) 244-8681, access code 2302 755 2307. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

      SO ORDERED.

Dated: November 25, 2025
       New York, New York
                                                                    JOHN P. CRONAN
                                                             United States District Judge