# STAHL & ZELMANOVITZ

March 18, 2026

**By ECF and E-Mail**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
Suite 1610
New York, New York 1007

      Re:    **BKNS Management LLC v. Frysta Management LLC**
               **Case No. 1:24-cv-03631 (JPC)**

Dear Judge Cronan:

We represent plaintiff BKNS Management LLC. We respectfully request a brief adjournment of the dates for (1) the submission of pre-trial submissions (i.e., including joint proposed findings of fact and conclusions of law, motions in limine, and pretrial memoranda) from the currently scheduled date of March 23, 2026 to March 31, 2026; and (2) the responses to motions in limine from the currently scheduled date of March 30, 2026 to April 7, 2026.

The reason for our request is that I am the only litigator in our two-person law firm and have been involved in the preparation for and trial of a matter in *Mordechai Kliger v. Fairmont Insurance Brokers LLC*, Sup. Ct., Kings County, Index No. 505356/2023, which was completed this past Monday, March 16, 2026. The extension of eight days would allow the parties' counsel to agree upon the joint submissions and to adequately prepare for the submissions of motions in limine and pretrial memoranda.

This is the first request for an extension of time in this case.

Defendant's counsel consents to this request for an extension.

Therefore, we respectfully request that the Court order that (1) the submission of pre-trial submissions (i.e., including joint proposed findings of fact and conclusions of law, motions in limine, and pretrial memoranda) be due on March 31, 2026, and (2) the responses to motions in limine be due on April 7, 2026.

                    Respectfully submitted,

                    Joseph Zelmanovitz

cc: Kenneth Chase, Esq.

747 THIRD AVENUE          FAX: (212) 826-6402
NEW YORK, NY 10017      PHONE: (212) 826-6422
JZELMANOVITZ@SZLAWLLP.COM