

CHASE LAW
& ASSOCIATES, P.A.

March 31, 2026

Honorable John P. Cronan
United States District Judge
United States District Court – SDNY
500 Pearl Street, Suite 1610
New York, NY 10007

Kenneth E. Chase
Chase Law & Associates, P.A
951 Yamato Road, Suite 280
Boca Raton, FL 33431
t 305.402.9800
kchase@chaselaw.com

   Re: *BKNS Management LLC v. Frysta Management LLC*
     *Case No. 1:24-cv-03631*

Dear Judge Cronan:

  We represent Defendant Frysta Management LLC and we respectfully request, by consent, a brief adjournment of the dates for (1) pre-trial submissions (i.e., including joint proposed findings of fact and conclusions of law, motions in limine, and pretrial memoranda) from the current date of March 31, 2026 to April 7, 2026, and (2) responses to motions in limine from April 7, 2026 to April 14, 2026.

  This is the second such request, the first request was made by Plaintiff by consent. ECF Nos. 28, 29. The reason for the request is that the undersigned was lead counsel in multi-day jury trial which concluded with a verdict on March 16, 2026 and counsel has been involved in pretrial preparations in another matter, which is scheduled for trial to commence on April 27, 2026.

  This is Defendant's first request for an extension. We respectfully request that the Court allow an adjournment so that (1) pre-trial submissions (i.e., including joint proposed findings of fact and conclusions of law, motions in limine, and pretrial memoranda) will be due on April 7, 2026, and (2) the responses to motions in limine will be due on April 14, 2026.

     Very truly yours,

     Kenneth E. Chase