

April 6, 2026

Honorable John P. Cronan
United States District Judge
United States District Court – SDNY
500 Pearl Street, Suite 1610
New York, NY 10007

Kenneth E. Chase
Chase Law & Associates, P.A
951 Yamato Road, Suite 280
Boca Raton, FL 33431
t 305.402.9800
kchase@chaselaw.com

> Re:   *BKNS Management LLC v. Frysta Management LLC*
> *Case No. 1:24-cv-03631*

Dear Judge Cronan:

By consent, Defendant Frysta Management LLC respectfully requests a one-week adjournment of (i) pretrial submissions (including joint proposed findings of fact and conclusions of law, motions in limine, and pretrial memoranda), from April 7, 2026 to April 14, 2026, and (ii) responses to motions in limine, from April 14, 2026 to April 21, 2026.

This is the third request, and the parties do not anticipate any further extensions. Plaintiff made the first request, Defendant made the second, and both were by consent. ECF Nos. 28-31. This request is based on overlapping trial-related filings in multiple matters and the parties' observance of a religious holiday through April 9, 2026.

Defendant recognizes that this request was not made two business days before the April 7, 2026 deadline, as required by the Court's prior order, and respectfully asks that the Court excuse the timing and grant the brief adjournment.

Thank you for the Court's consideration.

Very truly yours,

Kenneth E. Chase

FLORIDA ● CALIFORNIA ● NEW YORK ● WASHINGTON, DC ● MARYLAND ● MASSACHUSETTS ● TEXAS