# STAHL & ZELMANOVITZ

April 23, 2026

**By ECF and Email**

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
Suite 1610
New York, New York 10007

> Re:    **BKNS Management LLC v. Frysta Management LLC**
>        **Case No. 1:24-cv-03631 (JPC)**

Dear Judge Cronan:

We represent plaintiff BKNS Management LLC. We just discovered that plaintiff's opposition to the motion in limine of defendant (ECF # 39) does not appear on the Docket of this case. On April 21, 2026, I, with the assistance of our litigation assistant, had filed the opposition. We do not know why it does not appear on the Docket. In fact, we forwarded a courtesy copy of plaintiff's opposition papers to the Court on April 21, 2026 by FedEx. We re-filed plaintiff's opposition this morning on ECF (# 41).

We respectfully request that the Court accept the re-filing by plaintiff of his memorandum of law in opposition to defendant's motion in limine, the accompanying declaration and Exhibits A through C. We apologize for any inconvenience this may have caused the Court.

Respectfully submitted,

Joseph Zelmanovitz

cc: Kenneth Chase, Esq. (By ECF)

747 THIRD AVENUE                FAX: (212) 826-6402
NEW YORK, NY 10017             PHONE: (212) 826-6422
JZELMANOVITZ@SZLAWLLP.COM