UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                  :

BKNS MANAGEMENT LLC,            :

           Plaintiff,       :

                  :             24 Civ. 3631 (JPC)

      -v-               :

                  :             ORDER

FRYSTA MANAGEMENT LLC,       :

                  :

          Defendant.    :

                  :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court will hold a conference in this matter on May 6, 2026, at 4:45 p.m.  At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307.

      SO ORDERED.

Dated: May 1, 2026
      New York, New York              _____
                                    JOHN P. CRONAN
                             United States District Judge