UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                              :

BKNS MANAGEMENT LLC,            :

          Plaintiff,       :

                              :                24 Civ. 3631 (JPC)

      -v-                    :

                              :                ORDER

FRYSTA MANAGEMENT LLC,      :

          Defendant.      :

                              :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       As discussed at yesterday's conference, the Court adjourned trial from May 26, 2026, to

October 7, 2026.  The parties shall appear for a final pretrial conference on September 17, 2026,

at 10:00 a.m. by calling (855) 244-8681, access code 2302 755 2307.  The final pretrial conference

must be attended by the attorney who will serve as principal trial counsel.

       SO ORDERED.

Dated: May 7, 2026
       New York, New York                           JOHN P. CRONAN
                                         United States District Judge