STAHL & ZELMANOVITZ

September 15, 2026

**By ECF**

The request is granted. The pretrial conference is rescheduled to Thursday, September 17, 2026 at 4:00 p.m. The Clerk of Court is respectfully directed to close Docket Number 46.

SO ORDERED.
September 15, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

The Honorable John P. Cronan
United States District Judge
United States Courthouse
500 Pearl Street
Suite 1610
New York, New York 10007

Re: **BKNS Management LLC v. Frysta Management LLC**
**Case No. 1:24-cv-03631 (JPC)**

Dear Judge Cronan:

We represent plaintiff BKNS Management LLC. We respectfully request that, if possible, the Court reschedule the pretrial conference scheduled for September 17, 2026, at 10 a.m. to any time after 3.30 pm that same afternoon or anytime Friday, September 18, 2026. The reason for this request is that Justice Genine Edwards of the Supreme Court, Kings County, scheduled a hearing on an Order to Show Cause, involving several parties and four sets of counsel, the same day. The case is KAI Funding LLC v. Horowitz et al., Index No. 505038/2025.

I reached out to Mr. Chase, counsel for defendant, by telephone and email, for his consent, and he advised me that he would be available Thursday after 3.30 pm or anytime on Friday.

We would greatly appreciate the Court granting our request.

Respectfully submitted,

Joseph Zelmanovitz

cc: Kenneth Chase, Esq.

747 THIRD AVENUE
NEW YORK, NY 10017
JZELMANOVITZ@SZLAWLLP.COM

FAX: (212) 826-6402
PHONE: (212) 826-6422