UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BKNS MANAGEMENT LLC,

Plaintiff,

-v-

FRYSTA MANAGEMENT LLC,

Defendant.

24 Civ. 3631 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On October 21, 2026, Plaintiff filed a notice of intent to request corrections to be made to the transcript of the trial that was held on October 7, 2026. Dkt. 50. The following day, the Court asked Defendant to file a letter stating its position on the requested corrections, if it opposed them, by October 29, 2026. Dkt. 51. That date has passed, and Defendant has not filed such a letter. Therefore, the court reporter is directed to make the corrections to the October 7, 2026 trial transcript as identified in Plaintiff's notice at Docket Number 50 and to file a corrected transcript on the docket.

SO ORDERED.

Dated: October 30, 2026
New York, New York

JOHN P. CRONAN
United States District Judge